Certificate Number: 05781-VAE-DE-041276474

Bankruptcy Case Number: 26-71870



05781-VAE-DE-041276474

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 2, 2026</u>, at <u>9:24</u> o'clock <u>AM PDT</u>, <u>James Whitfield</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Virginia</u>.

Date:   <u>August 2, 2026</u>       By:     <u>/s/Allison M Geving</u>

Name:   <u>Allison M Geving</u>

Title:   <u>President</u>